# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **LEONA JARREAUX** | **CASE NO. 5:22-CV-00948** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE FARM FIRE & CASUALTY CO** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 32] having been considered, no objections thereto having been filed, Considering the foregoing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Voluntary Motion to Dismiss Without Prejudice [Doc. No. 31] is **GRANTED**, and Plaintiff's claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 15th day of November 2023.

_____
Terry A. Doughty
United States District Judge